ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

JOSHUA A. OWEN (CABN 305174)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7149
    FAX: (415) 436-7234
    Joshua.Owen2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-MJ-70503-MAG |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| CRISTIAN ALBERTO CRUZ-ROSALES, | |
| Defendant. | |

Defendant Cristian Cruz-Rosales was charged by Complaint with one count of possession to distribute fentanyl, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(C).

This matter came before the Court on April 4, 2024, for a detention hearing. The defendant was present and represented by Angela Chuang from the Federal Public Defenders Office. Special Assistant United States Attorney Joshua A. Owen appeared for the government. The government had previously moved for detention on March 29, 2024, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention, and the Court received and considered a pre-trial services report regarding Mr. Cruz-Rosales.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of

conditions will reasonably assure the appearance of the person as required. The defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the basis for its conclusion: Based on the defendant's previous violations of state court orders, the defendant presents a serious flight risk or risk of non-appearance that cannot be mitigated by any of the proffered conditions in light of the facts presented.

This finding is made without prejudice to the defendant's right to seek review of defendant's detention or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  4/4/2024

HONORABLE ALEX TSE
United States Magistrate Judge